**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **THOMAS DICKS, JR. and WANDA DICKS,** ) ) ) | |
| Plaintiffs, ) ) | |
| v.   ) | CIVIL ACTION NO. 07-00614-CG-B |
| ) **STATE FARM FIRE AND CASUALTY CO.,** ) ) ) | |
| Defendant. | |

## JUDGMENT

In accordance with the court's order entered this date, granting defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED with prejudice.** Costs are to be taxed against the plaintiffs.

**DONE and ORDERED** this 23rd day of July, 2008.

          /s/  Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE